UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Howard Allen,
    Petitioner

v.                                      Civil No. 06-cv-277-SM

United States of America,
    Respondent

### O R D E R

Petitioner filed a Motion to Vacate Sentence Under 28 U.S.C. § 2255 on July 26, 2006.

Respondent shall file an answer or other pleadings on or before August 28, 2006.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

July 28, 2006

cc:  Howard Allen, pro se
     Peter E. Papps, Esq.